UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 14 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANDREW GILL,  )
            )
    Plaintiff,  )
            )
v.          )   Civil Action No. 10 0588
            )
UNITED STATES OF AMERICA,  )
            )
    Defendant.  )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(i). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court held that trial courts have the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. The court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

In a lengthy and rambling complaint, plaintiff alleges that he has been denied a proper public education, illegally arrested and incarcerated, sexually harassed, and stalked by police.

Review of the attachments to the complaint sheds no light on the substance of his claims. Plaintiff demands various relief, including an award of monetary damages and the dismissal of all criminal charges brought against him in the District of Columbia, Missouri and Florida.

The court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nevertheless, a review of plaintiff's complaint reveals that its few factual contentions are baseless and wholly incredible. For this reason, the complaint is frivolous and must be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate Order accompanies this Memorandum Opinion.

/s/ Reggie B. Walton
United States District Judge

DATE: April 7, 2010